## STATE of Maine

v.

## Arthur Ray WILSON.

Supreme Judicial Court of Maine.

Argued June 3, 1985.

Decided June 12, 1985.

Janet T. Mills, Dist. Atty., Mark Beede, Asst. Dist. Atty. (orally), Auburn, for plaintiff.

Prudence Jane Andrews (orally), Lewiston, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, VIOLETTE, WATHEN and GLASSMAN, JJ.

### MEMORANDUM OF DECISION.

The defendant was convicted of gross sexual misconduct, 17–A M.R.S.A. § 253(1)(A) (1983), after a jury trial in the Superior Court (Androscoggin County). The only claim on appeal is that the evidence of his identification as the perpetrator was insufficient as a matter of law to support the conviction. After a careful review of the record, we find that the jury rationally could have found proof of the defendant's guilt beyond a reasonable doubt. *See State v. Durgan,* 467 A.2d 165, 166–67 (Me.1983); *State v. McKenney,* 459 A.2d 1093, 1096 (Me.1983).

Therefore, the entry is:

Judgment affirmed.

All concurring.